IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RANDY DELON SINYARD, )
)
Petitioner, )
)
vs ) CIVIL ACTION NO. 00-H-0092-S
)
WARDEN BILLY MITCHEM, et al, )
)
Respondents. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 1st day of March, 2004.

SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The copy of the magistrate judge's report and recommendation mailed to the petitioner at his last known address was returned with the notation "EOS," which indicates that the petitioner is no longer in the prison system. The court does not have the petitioner's current address.